PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00053-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JACK MOOTZ, | |
| Defendant. | |

Based upon the guilty plea entered into by defendant Jack Mootz and his agreement to the forfeiture allegation in the Indictment, it is hereby ORDERED, ADJUDGED AND DECREED:

1. Pursuant to 18 U.S.C. § 2253, defendant Jack Mootz' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. One 700 MB Fujifilm compact disc labelled "Getz 9-3-2004", seized from defendant by law enforcement on or about July 17, 2014;

   b. One Apple Macintosh all-in-one computer, serial number W86415ETVUV, model A1207, seized from defendant by law enforcement on or about July 17, 2014;

   c. One eight gigabyte PNY Attaché USB drive with serial number FA-

|   |   |
|---|---|
| 1 | 8GBHCEL7PF1NP2-T, seized from defendant by law enforcement on or |
| 2 | about July 17, 2014; and, |

        d.    One 32 gigabyte PNY Attaché USB drive with serial number FA32GHCGL5PK2PMK2-T.

2. The above-listed assets constitute property which contains any visual depiction which was produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 2252(a)(2), or was used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Federal Bureau of Investigation in its secure custody and control.

4.   a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

/////
/////
/////
/////

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **June 14, 2017**

_____
UNITED STATES DISTRICT JUDGE