PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00053-DAD-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| JACK MOOTZ, | |
| Defendant. | |

WHEREAS, on June 14, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Jack Mootz in the following property:

a. One 700 MB Fujifilm compact disc labelled "Getz 9-3-2004", seized from defendant by law enforcement on or about July 17, 2014;

b. One Apple Macintosh all-in-one computer, serial number W86415ETVUV, model A1207, seized from defendant by law enforcement on or about July 17, 2014;

c. One eight gigabyte PNY Attaché USB drive with serial number FA-8GBHCEL7PF1NP2-T, seized from defendant by law enforcement on or about July 17, 2014; and,

d. One 32 gigabyte PNY Attaché USB drive with serial number

FINAL ORDER OF FORFEITURE  1

FA32GHCGL5PK2PMK2-T.

AND WHEREAS, beginning on June 21, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jack Mootz.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **August 28, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE