PHILLIP A. TALBERT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00053-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING RESTITUTION; ORDER |
| JACK MOOTZ, | |
| Defendant. | |

        The court sentenced the defendant on August 23, 2017, but left open issues related to

mandatory restitution.  The court scheduled a hearing for October 23, 2017, to resolve restitution

the restitution issues, and the parties indicated they would attempt to reach an agreement prior to

the October 23 hearing.  The parties have recently agreed that there are two victims known to the

government to be seeking restitution, and both are represented by counsel.  Each victim has made

a request for restitution, and the defendant, after consulting with counsel, has agreed to make

restitution payments in an amount of $3,000.00 to the victim in the "Vicky" series of images, and

he has agreed to provide $5,000.00 in restitution to the victim in the "Jenny" series.  The

defendant agrees that both amounts are due immediately, although the defendant has represented

that he is unable to make the full payment at this time.  The government will provide details to the

court by separate communication, with a copy to defense counsel, about how and where payments

///

1

should be directed.  This additional information should enable the court to issue an amended

judgement.

IT IS SO STIPULATED.


Dated: September 13, 2017                    By: /s/ Pete Jones
                                             Pete Jones
                                             Attorney for defendant
                                             Jack Mootz

Dated: September 13, 2017                    PHILLIP A. TALBERT
                                             United States Attorney

                                             By: /s/ David Gappa
                                             David Gappa
                                             Assistant U.S. Attorney


### **ORDER**

        The court has reviewed and considered the stipulation of the parties regarding restitution

in this case.  In light of the parties' stipulation, the above named defendant is ordered to pay

restitution in the amount $3,000.00 to the victim in the "Vicky" series of images, and $5,000.00

to the victim in the "Jenny" series, for total of $8,000.00 restitution due immediately, interest is

waived.  If incarcerated, payment is due during imprisonment at the rate of not less than $25.00

per quarter and payment shall be made through the Bureau of Prisons Inmate Financial

Responsibility Program.  The Restitution Hearing previously set October 23, 2017 is vacated.

IT IS SO ORDERED.

    Dated:   **September 18, 2017**

                                    _____
                                    UNITED STATES DISTRICT JUDGE